# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 194 DB 2017  (No. 54 RST 2020) |
| | : | |
| LENARD FREDRICK COLLETT | : | Attorney Registration No. 150064 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM INACTIVE STATUS | : | (Montgomery County) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 21st day of August, 2020, the Report and Recommendation of Disciplinary Board Member dated August 14, 2020, is approved and it is ORDERED that Lenard Fredrick Collett, who has been on Inactive Status, has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.